STUART F. DELERY
Acting Assistant Attorney General
MELINDA L. HAAG
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director
JENNIE L. KNEEDLER, D.C. Bar No. 500261
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 305-8662
Facsimile: (202) 616-8470
Email: Jennie.L.Kneedler@usdoj.gov

*Attorneys for Defendant*
*United States Department of Transportation*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF TRANSPORTATION,<br><br>Defendant. | Case Nos.: 12-cv-0164 & 12-cv-5581 CW<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:  May 1, 2013<br>Time: 2:00 p.m.<br>Place: Courtroom 2, 4th Floor<br>Judge: Hon. Claudia Wilken |

Plaintiff Electronic Frontier Foundation ("EFF") and Defendant the United States Department of Transportation ("DOT") respectfully submit the following joint case management statement.

On February 20, 2013, this Court ordered the parties to confer in an attempt to come up with a workable plan for processing and briefing schedules in these two related FOIA cases. *See* 12-5581 Docket Entry # 16.

With regard to the 12-0164 matter, Defendant has now released records associated with 434 COAs issued to public entities seeking licenses to operate an unmanned aircraft system in civil airspace. The total number of COAs responsive to this FOIA request is approximately 750. At this time, Defendant commits to release the remaining records associated with the approximately 750 COAs, or notify Plaintiff of the complete or partial withholding of any of these records, on or before December 31, 2013. Defendant will continue to make monthly releases of COA records between now and December 31, 2013, and will prioritize processing records associated with those entities that Plaintiff has requested that Defendant prioritize. Defendant has received consultation responses from all relevant entities for this FOIA request. The parties respectfully submit that scheduling summary judgment briefing for this case is premature at this time. The parties anticipate that they will meet and confer upon the completion of Defendant's processing in an attempt to narrow any issues in dispute before bringing any such dispute before the Court. The scope of the parties' dispute could affect what an appropriate summary judgment schedule would be for this case. Therefore, the parties propose that they file a joint status report on February 17, 2014 which sets forth the parties' agreement regarding a schedule for summary judgment briefing in this case.

With respect to the 12-5581 matter, Defendant has been working to set up an efficient system for reviewing the records responsive to this FOIA request, but has faced challenges due to budget constraints. Defendant has recently identified additional personnel who can be made available to assist in the processing of the records responsive to this FOIA request, and these personnel began training this week. Defendant plans to begin processing responsive records as

soon as possible and to make future interim releases on a monthly basis. Defendant has also begun to contact the approximately 28 entities that submitted materials to the FAA that are responsive to this FOIA request but that have not responded to the initial consultation letters that Defendant sent to them, asking for estimates of when Defendant may expect a response.[1]  Defendant plans to follow up on these conversations with a second letter in early May that gives the entities a deadline for response, or Defendant will be forced to make determinations about the release of records without the entity's input. Given the above, it is difficult at this time for Defendant to estimate how long it will take to process and release the records associated with the approximately 500 COAs that are responsive to Plaintiff's second FOIA request. Nevertheless, Defendant's goal is to complete releases, or notify Plaintiff of the complete or partial withholding of any of these records, by December 31, 2013 so that the parties can brief summary judgment on both the 12-0164 and 12-5581 matters at the same time. Defendant will notify Plaintiff in the event it anticipates a change to this schedule.

DATED: April 24, 2013                                           Respectfully submitted,

---

[1] In the February 13, 2013 Joint Case Management Statement filed in 12-5581, Defendant stated that it had consulted with approximately 80 federal, state, and local entities regarding materials submitted by those entities that are responsive to EFF's second FOIA request. *See* Docket Entry # 15 at 5. That number was incorrect. Defendant sent consultation letters to 65 entities. On January 28, 2013 Defendant produced a list to Plaintiff that included proponents that, between July 1, 2011 and October 31, 2012, applied for a certificate of authorization to operate an unmanned aircraft system or had an active certificate of authorization to operate an unmanned aircraft system. Sixteen of the entities on that list had applied for a certificate of authorization to operate an unmanned aircraft system but the application was still in draft form as of October 31, 2012. The COA records associated with these 16 entities are therefore not responsive to Plaintiff's FOIA request, which seeks only records regarding active, expired, or denied/disapproved COAs. Applications that were in process as of October 31, 2012 are not covered by the request. Defendant apologizes to the Court for the error.

| | |
|---|---|
| */s/ Jennifer Lynch* | STUART F. DELERY |
| ELECTRONIC FRONTIER FOUNDATION | Acting Assistant Attorney General |
| Jennifer Lynch, Esq. | |
| 815 Eddy St. | ELIZABETH J. SHAPIRO |
| San Francisco, CA  94109 | Deputy Branch Director |
| Telephone:  (415) 436-9333 | |
| Facsimile:  (415) 436-9993 | /s/ *Jennie L. Kneedler* |
| | Jennie L. Kneedler |
| *Attorney for Plaintiff* | Trial Attorney |
| | United States Department of Justice |
| | Civil Division, Federal Programs Branch |
| | P.O. Box 883 |
| | Washington, D.C.  20044 |
| | Telephone: (202) 305-8662 |
| | Facsimile:  (202) 616-8470 |
| | E-mail: Jennie L. Kneedler@usdoj.gov |
| | |
| | *Attorneys for Defendant* |

## DECLARATION PURSUANT TO CIVIL L. R. 5-1(i)(3)

I, Jennie L. Kneedler, attest that I have obtained the concurrence of Jennifer Lynch, Counsel for Plaintiff, in the filing of this document.

Executed on April 24, 2013, in Washington, D.C.

*/s/ Jennie L. Kneedler*
Jennie L. Kneedler

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2013, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

Executed on April 24, 2013, in Washington, D.C.

*/s/ Jennie L. Kneedler*
Jennie L. Kneedler