STUART F. DELERY
Assistant Attorney General
MELINDA L. HAAG
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director
JENNIE L. KNEEDLER, D.C. Bar No. 500261
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 305-8662
Facsimile: (202) 616-8470
Email: Jennie.L.Kneedler@usdoj.gov

*Attorneys for Defendant
United States Department of Transportation*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case Nos.: 12-cv-0164 & 12-cv-5581 CW |
| Plaintiff, | |
| v. | **JOINT CASE MANAGEMENT STATEMENT** |
| DEPARTMENT OF TRANSPORTATION, | Date: September 3, 2014 |
| Defendant. | Time: 2:00 p.m. |
| | Place: Courtroom 2, 4th Floor |
| | Judge: Hon. Claudia Wilken |

Plaintiff Electronic Frontier Foundation ("EFF") and Defendant the United States Department of Transportation ("DOT") respectfully submit the following joint case management statement.

These matters relate to two requests under the Freedom of Information Act ("FOIA") wherein Plaintiff seeks records from the Federal Aviation Administration ("FAA"), a component of DOT, relating to certificates issued by the FAA for the operation of unmanned aircraft systems ("UAS") in civil airspace.

The parties are still discussing whether any further proceedings will be necessary in these matters, and, if so, what the schedule for any future proceedings should be.  Therefore, the parties respectfully request that the Court enter an order vacating the Case Management Conference currently set for September 3, 2014 and rescheduling it for October 1, 2014.  On or before September 24, 2014, the parties will file a joint case management statement that addresses whether any further proceedings will be necessary, and, if so, a proposed schedule for those proceedings.  A proposed order is filed concurrently herewith.

DATED: August 27, 2014　　　　　　　　　　Respectfully submitted,

*/s/ Jennifer Lynch*　　　　　　　　　　　　　STUART F. DELERY
ELECTRONIC FRONTIER FOUNDATION　Assistant Attorney General
Jennifer Lynch, Esq.
815 Eddy St.　　　　　　　　　　　　　　　ELIZABETH J. SHAPIRO
San Francisco, CA  94109　　　　　　　　　Deputy Branch Director
Telephone:  (415) 436-9333
Facsimile:  (415) 436-9993　　　　　　　　/s/ *Jennie L. Kneedler*
　　　　　　　　　　　　　　　　　　　　　Jennie L. Kneedler
*Attorney for Plaintiff*　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　　　　　P.O. Box 883
　　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20044
　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 305-8662
　　　　　　　　　　　　　　　　　　　　　Facsimile:  (202) 616-8470
　　　　　　　　　　　　　　　　　　　　　E-mail: Jennie L. Kneedler@usdoj.gov

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*

**DECLARATION PURSUANT TO CIVIL L. R. 5-1(i)(3)**

I, Jennie L. Kneedler, attest that I have obtained the concurrence of Jennifer Lynch, Counsel for Plaintiff, in the filing of this document.

Executed on August 27, 2014, in Washington, D.C.

*/s/ Jennie L. Kneedler*
Jennie L. Kneedler

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2014, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

Executed on August 27, 2014, in Washington, D.C.

*/s/ Jennie L. Kneedler*
Jennie L. Kneedler