IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, <br> Plaintiff, <br> v. <br> DEPARTMENT OF TRANSPORTATION, <br> Defendant. | Case Nos.: 12-cv-0164/ 12-cv-5581 CW <br><br> **[PROPOSED] ORDER** |

Upon consideration of the Joint Case Management Statement filed by the parties on August 27, 2014, the Court hereby ORDERS the following:

1. The Case Management Conference scheduled in these matters for September 3, 2014 at 2:00 p.m. is VACATED;

2. A Case Management Conference is scheduled in these matters for October 1, 2014 at 2:00 p.m.;

3. The parties shall file a joint case management statement on or before September 24, 2014

that addresses whether any further proceedings will be necessary, and, if so, a proposed schedule for those proceedings

IT IS SO ORDERED.

Date: _____                    _____
                                                Hon. Claudia Wilken
                                                Chief United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28