Jennifer Lynch (SBN 240701)
*jlynch@eff.org*
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone:   (415) 436-9333
Facsimile:   (415) 436-9993

*Attorney for Plaintiff
Electronic Frontier Foundation*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No:   12-cv-0164 CW |
| | (Related Case: 12-cv-5581 CW) |
| Plaintiff, | |
| v. | **JOINT CASE MANAGEMENT STATEMENT** |
| U.S. DEPARTMENT OF TRANSPORTATION, | |
| Defendant. | Date:   October 1, 2014 |
| | Time:   2:00 p.m. |
| | Place:  Courtroom 2, 4th Floor |
| | Judge:  Hon. Claudia Wilken |

Pursuant to this Court's Order of August 28, 2014 (Doc. No. 43), Plaintiff Electronic Frontier Foundation ("EFF") and Defendant the United States Department of Transportation ("DOT") respectfully submit the following joint case management report.

In the August 28, 2014 Order and pursuant to the parties' joint case management conference statement filed on August 27, 2014 (Doc. No. 42), the Court vacated the case management conference previously scheduled for September 3, 2014 and scheduled a new case management conference for October 1, 2014. The Court also ordered the parties to file a joint case management conference statement by September 24, 2014 addressing whether any further proceedings will be necessary, and, if so, a proposed schedule for those proceedings.

The parties have reached an agreement in principal to dismiss the case and need additional time to work out the details and finalize. The parties propose that they will file a stipulation to dismiss the case by October 24, 2014. The parties also respectfully request the Court take off calendar the case management conference currently scheduled for October 1, 2014.

DATED: September 24, 2014            Respectfully submitted,


*/s/ Jennifer Lynch*                 JOYCE R. BRANDA
ELECTRONIC FRONTIER FOUNDATION       Acting Assistant Attorney General
Jennifer Lynch, Esq.                 ELIZABETH J. SHAPIRO
815 Eddy Street                      Deputy Branch Director
San Francisco, CA  94109
Telephone:  (415) 436-9333           */s/ Jennie L. Kneedler*
Facsimile:  (415) 436-9993           Jennie L. Kneedler
                                     Trial Attorney
*Attorney for Plaintiff*             United States Department of Justice
                                     Civil Division, Federal Programs Branch
                                     P.O. Box 883
                                     Washington, D.C.  20044
                                     Telephone: (202) 305-8662
                                     Facsimile:  (202) 616-8470
                                     E-mail: Jennie L. Kneedler@usdoj.gov

                                     *Attorneys for Defendant*

**DECLARATION PURSUANT TO CIVIL L. R. 5-1(i)(3)**

I, Jennifer Lynch, attest that I have obtained the concurrence of Jennie L. Kneedler, Counsel for Defendant, in the filing of this document.

Executed on September 24, 2014, in San Francisco, CA.

*/s/ Jennifer Lynch*
Jennifer Lynch

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____        _____
                                 Hon. Claudia Wilken
                                 United States District Judge