Jennifer Lynch (SBN 240701)
*jlynch@eff.org*
ELECTRONIC FRONTIER FOUNDATION
815 Eddy St.
San Francisco, CA  94109
Telephone:   (415) 436-9333
Facsimile:    (415) 436-9993

*Attorney for Plaintiff*
*Electronic Frontier Foundation*

JOYCE R. BRANDA
Acting Assistant Attorney General
MELINDA L. HAAG
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director
JENNIE L. KNEEDLER, D.C. Bar No. 500261
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 305-8662
Facsimile:  (202) 616-8470
Email: Jennie.L.Kneedler@usdoj.gov

*Attorneys for Defendant*
*United States Department of Transportation*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF TRANSPORTATION, <br><br> Defendant. | Case No:   12-cv-5581 CW <br> (Related Case: 12-cv-0164 CW) <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** <br><br> Judge:     Hon. Claudia Wilken |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Electronic Frontier Foundation and Defendant the United States Department of Transportation hereby stipulate and agree to the dismissal of this action with prejudice.

DATED: December 4, 2014          Respectfully submitted,

*/s/ Jennifer Lynch*  
ELECTRONIC FRONTIER FOUNDATION  
Jennifer Lynch, Esq.  
815 Eddy St.  
San Francisco, CA  94109  
Telephone:  (415) 436-9333  
Facsimile:  (415) 436-9993  

*Attorney for Plaintiff*

JOYCE R. BRANDA  
Acting Assistant Attorney General  
ELIZABETH J. SHAPIRO  
Deputy Branch Director  

*/s/ Jennie L. Kneedler*  
Jennie L. Kneedler  
Trial Attorney  
United States Department of Justice  
Civil Division, Federal Programs Branch  
P.O. Box 883  
Washington, D.C.  20044  
Telephone: (202) 305-8662  
Facsimile:  (202) 616-8470  
E-mail: Jennie L. Kneedler@usdoj.gov  

*Attorneys for Defendant*

### DECLARATION PURSUANT TO CIVIL L. R. 5-1(i)(3)

I, Jennifer Lynch, attest that I have obtained the concurrence of Jennie L. Kneedler, Counsel for Defendant, in the filing of this document.

Executed on December 4, 2014, in San Francisco, CA.

*/s/ Jennifer Lynch*  
Jennifer Lynch

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   12/5/2014

Hon. Claudia Wilken  
Chief United States District Judge